DORA A. DAUGHENBAUGH, PLAINTIFF-PETITIONER, v. HARRY J. KNOWLES, M. D., DEFENDANT-RESPONDENT.

*Mrs. Dora A. Daughenbaugh, in propria persona.*

*Messrs. Kisselman, Devine, Deighan & Montano* for the respondent.

March 26, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CALVIN HORTON, DEFENDANT-PETITIONER.

See same case below: 98 *N. J. Super.* 258.

*Mr. Walter R. Gottschalk* for the petitioner.

*Mr. James A. Tumulty, Jr.* and *Mr. William J. Cunnane* for the respondent.

March 26, 1968. Denied.

FRANK H. SCHWARTZ, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, DEFENDANT-PETITIONER.

*Messrs. Nugent, Russo & Tumulty* for the petitioner.

*Mr. Frederick Klaessig* for the respondent.

March 26, 1968. Denied.